IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

COREY LAMAR ANDREWS, #04903-003                                    PETITIONER

VS.                                    CIVIL ACTION NO. 5:05-cv-29(DCB)(JCS)

CONSTANCE REESE, Warden
FCC-Yazoo City                                                      RESPONDENT

FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge James C. Sumner's Report and Recommendation of November 21, 2005, and the Court having adopted the report and recommendation in an Order of even date herewith, finding that it is without jurisdiction to hear the petition for relief pursuant to 28 U.S.C. § 2241; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed with prejudice for lack of jurisdiction.

SO ORDERED, this the   22nd   day of March, 2006.


                                          s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE